# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARMELIA B., | Case No. 2:23-cv-01699-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 4] |
| KILOLO KIJAKAZI, | |
| Defendant(s). | |

Pending before the Court is a petition to practice *pro hac vice* filed by attorney Hannalore B. Merritt.  Docket No. 4.  Although the petitioner is required to list all applications to practice *pro hac vice* she has filed during the past three years, *id.* at 3, Attorney Merritt has failed to identify her petition that was denied in *Shiegel v. Saul*, 2:21-cv-00556-NJK.  Moreover, Attorney Merritt has elsewhere identified bar admissions in the states of Connecticut and Mississippi, *see id.*, Docket No. 10 at 6, but has failed to provide certificates of good standing for those state bars in this case.  Lastly, the petition explains that a list is attached with the other federal courts in which Attorney Merritt has been admitted, *see* Docket No. 4 at 2, but no such list is actually attached.  Accordingly, the petition is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: October 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1