# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARMELIA B., | Case No. 2:23-cv-01699-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 10] |
| KILOLO KIJAKAZI, | |
| Defendant(s). | |

Pending before the Court is a renewed petition to practice *pro hac vice* filed by attorney Hannalore B. Merritt, Docket No. 10, which is **GRANTED**.

IT IS SO ORDERED.

Dated: November 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1