JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARMELIA LUCIANA BAXTRON,

    Plaintiff,

        v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:23-cv-01699-JCM-NJK

**STIPULATION TO VOLUNTARY
REMAND PURSUANT TO SENTENCE
FOUR OF 42 U.S.C. § 405(g) AND TO
ENTRY OF JUDGMENT FOR
PLAINTIFF**

    The parties, through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and continue through the sequential evaluation process, to include obtaining vocational evidence, as necessary, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this 8th day of December 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
Franco.L.Becia@ssa.gov

DATED this 8th day of December 2023.

s/ *Franco L. Becia* For
HAL TAYLOR and HANNALORE MERRITT
Attorneys for Plaintiff
(PER EMAIL AUTHORIZATION)

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: _December 18, 2023_

3

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, MD 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

**Hal Taylor**
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

**Hannalore Burns Merritt**
Osterhout Berger Disability Law, LLC
521 Cedar Way, Ste. 200
Oakmont, PA 15139
412-794-8003 x405
Email: hmerritt@obl.law

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of December 2023

/s/ *Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney

4