# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARMELIA LUCIANA BAXTRON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARTIN J. O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CASE # 2:23-cv-01699-JCM-NJK <br><br> (PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

AND NOW, this  7th  day of  March, 2025 , it is hereby ORDERED that Plaintiff, Armelia Luciana Baxtron, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $984.68.  Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Date: March 7, 2025

_____
UNITED STATES DISTRICT JUDGE